UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PERFORMANCE AUTOMOTIVE ) <br> GROUP, INC. ) <br>        Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FALLS LAKE NATIONAL INSURANCE ) <br> COMPANY ) <br> ) <br>        Defendant. ) | **JUDGMENT** <br> **CASE NO. 4:25-CV-00069-M-RJ** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on May 13, 2025 [DE 11]. This action is REMANDED to Sampson County Superior Court.

This Judgment filed and entered on May 14, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

May 14, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Tyjuana Griffin
Deputy Clerk